United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLYDE GRAY,

        Plaintiff,

  v.

MICHAEL J. ASTRUE,

        Defendant

No. C-12-4014 MMC

**ORDER DIRECTING PARTIES TO INFORM COURT WHETHER THEY CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**

In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. See Civil L.R. 73-1(b).

Accordingly, the parties are hereby DIRECTED to advise the Court, no later than September 4, 2012, as to whether they consent to have a magistrate judge conduct all further proceedings in the instant action.[1]  For the parties' convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section.

**IT IS SO ORDERED.**

Dated: August 21, 2012

                                            MAXINE M. CHESNEY
                                            United States District Judge

---

[1] Normally, the Court would direct the parties to so inform the Court in their Joint Case Management Statement filed in connection with a case management conference. Because the instant action involves a review of an administrative record, however, a case management conference has not been scheduled.